# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charles Irving Saxe III, aka Charles Saxe, aka Charles I. Saxe, aka Charles Saxe, III, aka Charles I. Saxe, III, aka Charles Irving Saxe | BK NO. 25-02594 MJC |
| Tonya Marie Saxe , aka Tonya M. Saxe, aka Tonya Saxe | Chapter 7 |
| Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
18 Sep 2025, 16:18:32, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322