Certificate Number: 17572-PAM-DE-040135810

Bankruptcy Case Number: 25-02594



17572-PAM-DE-040135810

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 27, 2025, at 12:18 o'clock PM PDT, Charles I Saxe III completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 27, 2025

By: /s/Benjamin E Wunsch

Name: Benjamin E Wunsch

Title: Counselor