Certificate Number: 17572-PAM-DE-040135811

Bankruptcy Case Number: 25-02594


17572-PAM-DE-040135811

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 27, 2025</u>, at <u>12:18</u> o'clock <u>PM PDT</u>, <u>Tonya M Saxe</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 27, 2025</u>    By: <u>/s/Benjamin E Wunsch</u>

                                                                                                       Name: <u>Benjamin E Wunsch</u>

                                                                                                       Title: <u>Counselor</u>