In re:  Case No. 25-02594-MJC
Charles Irving Saxe, III  Chapter 7
Tonya Marie Saxe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: admin     Page 1 of 2
Date Rcvd: Dec 29, 2025     Form ID: 318     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles Irving Saxe, III, Tonya Marie Saxe, 1706 Falls Rd, Clarks Summit, PA 18411-9664 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5741652 | EDI: CAPITALONE.COM | Dec 29 2025 23:43:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5741651 | EDI: CAPITALONE.COM | Dec 29 2025 23:43:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5741653 | EDI: JPMORGANCHASE | Dec 29 2025 23:43:00 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 5741654 | EDI: JPMORGANCHASE | Dec 29 2025 23:43:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5741655 | EDI: CITICORP | Dec 29 2025 23:43:00 | Citi Card/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5741656 | EDI: CITICORP | Dec 29 2025 23:43:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5741658 | EDI: CITICORP | Dec 29 2025 23:43:00 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5741657 | EDI: CITICORP | Dec 29 2025 23:43:00 | Citibank/Goodyear, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5741660 | EDI: CITICORP | Dec 29 2025 23:43:00 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5741659 | EDI: CITICORP | Dec 29 2025 23:43:00 | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5741661 | EDI: PHINAMERI.COM | Dec 29 2025 23:43:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste 3500, Fort Worth, TX 76102-6854 |
| 5741662 | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 29 2025 18:44:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5741663 | + Email/Text: bknotice@raslavrar.com | Dec 29 2025 18:44:00 | RAS LaVrar, LLC, 425 Commerce Drive, Ste 150, Fort Washington, PA 19034-2727 |
| 5741665 | EDI: SYNC | Dec 29 2025 23:43:00 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5741664 | + EDI: SYNC | Dec 29 2025 23:43:00 | Syncb/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |

| | | | | |
|---|---|---|---|---|
| 5741667 | | EDI: SYNC | Dec 29 2025 23:43:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5741666 | + | EDI: SYNC | Dec 29 2025 23:43:00 | Synchrony Bank/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jason Paul Provinzano | on behalf of Debtor 2 Tonya Marie Saxe MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Charles Irving Saxe III MyLawyer@JPPLaw.com, g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| John J Martin | pa36@ecfcbis.com jmartin@martin-law.net;kmartin@martin-law.net |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Charles Irving Saxe, III | Social Security number or ITIN  xxx–xx–1070 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Tonya Marie Saxe | Social Security number or ITIN  xxx–xx–2860 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:25–bk–02594–MJC | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charles Irving Saxe, III
aka Charles I. Saxe, aka Charles Saxe, aka Charles Saxe, III, aka Charles Irving Saxe, aka Charles I. Saxe, III

Tonya Marie Saxe
aka Tonya M. Saxe, aka Tonya Saxe

**By the court:**  _[signature]_

12/29/25

Mark J. Conway, United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**